| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, Bar #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | FRANCISCO ALVARADO-VASQUEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case Nos. 1:18-cr-00019-DAD-BAM; |
|---|---|
| Plaintiff, | 1:17-cr-00303-LJO |
| vs. | **REQUEST FOR RULE 43 WAIVER OF APPEARANCE; ORDER** |
| FRANCISCO ALVARADO-VASQUEZ, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Francisco Alvarado-Vasquez, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear at all non-substantive proceedings. Mr. Alvarado-Vasquez agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.

//

//

//

//

Respectfully submitted,

Date: July 20, 2018         */s/ Francisco Alvarado-Vasquez*
                            FRANCISCO ALVARADO-VASQUEZ
                            Original signature on file


                            HEATHER E. WILLIAMS
                            Federal Defender

Date: August 7, 2018        */s/ Reed Grantham*
                            REED GRANTHAM
                            Assistant Federal Defender
                            Attorney for Defendant
                            FRANCISCO ALVARADO-VASQUEZ


## **O R D E R**

Defendant's request for a waiver of appearance is granted. Pursuant to Rule 43(b)(3), defendant's appearance is waived at all non-substantive pretrial proceedings until further order of the Court.

IT IS SO ORDERED.

Dated: **August 8, 2018**        /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE